# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                            CASE NO.  3:06cr57LAC

ROY SNOWDEN

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   May 31, 2007

Motion/Pleadings:   MOTION FOR RELEASE OF FUNDS POSTED AS BAIL FOR ROY SNOWDEN     ($10,000.00 CASH BOND - Receipt #300 113412)

Filed by  DEFT K. SNOWDEN          on  5/15/2007         Doc.# 66

RESPONSES:

CONSENT BY DEFT R. SNOWDEN        on 5/31/07          Doc.# 68
AMENDED CONSENT                   on 5/31/07          Doc.# 70

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                        Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 5th day of June, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.